# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHELLEY BETH RAEBEL, an individual;
PAUL RITCHIE WAGNER, an individual

    Plaintiff(s),

vs.

TESLA, INC. a Delaware corporation;
DOES 1-10 Inclusive

    Defendant(s).

Case #319cv00742-MMD-WGC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Neil M. Kliebenstein_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Bowman and Brooke LLP_____
(firm name)

with offices at _____1741 Technology Drive, Suite 200_____,
(street address)

__San Jose__, __California__, __95110__,
(city) (state) (zip code)

__408.279.5393__, __neil.kliebenstein@bowmanandbrooke.com__
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Tesla, Inc._____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since  January 1, 2003 , Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of  California 
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| United States District Court, Central District | 2011 | 226060 |
| United States District Court, Eastern District | 2004 | 226060 |
| United States District Court, Northern District | 2004 | 226060 |
| United States District Court, Arizona | 2006 | 226060 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

Minnesota (Inactive), California.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___California___ )
COUNTY OF ___Santa Clara___ )

___Neil M. Kliebenstein___, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_____ day of _____, _____.

_____
Notary Public or Clerk of Court

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Wayne A. Shaffer___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___9790 Gateway Drive, Suite 200___,
(street address)

___Reno___, ___Nevada___, ___89521___,
(city)      (state)      (zip code)

___775-322-1170___, ___wshaffer@laxalt-nomura.com___,
(area code + telephone number)      (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Laxalt & Nomura, Ltd._____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
Tesla, Inc. / Ryan A. McCarthy, Managing Counsel
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

__1579__     __W.Shaffer @ Laxalt-Nomura.com__
Bar number           Email address

APPROVED:

Dated: this __14th__ day of __January__, 20 __20__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# JURAT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this Certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of __Santa Clara__ } SS.

Subscribed and sworn to (or affirmed) before me on this __10th__ day of __January__, 20__20__ by

__Neil M. Kliebenstein__, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

EVA SABADO
Notary Public - California
Santa Clara County
Commission # 2297299
My Comm. Expires Jul 16, 2023

_Eva Sabado_
NOTARY'S SIGNATURE

PLACE NOTARY SEAL IN ABOVE SPACE

## OPTIONAL INFORMATION

The information below is optional. However, it may prove valuable and could prevent fraudulent attachment of this form to an unauthorized document.

**CAPACITY CLAIMED BY SIGNER (PRINCIPAL)**
- [ ] INDIVIDUAL
- [ ] CORPORATE OFFICER _____
- [ ] PARTNER(S)      TITLE(S)
- [ ] ATTORNEY-IN-FACT
- [ ] TRUSTEE(S)
- [ ] GUARDIAN/CONSERVATOR
- [ ] OTHER: _____

**ABSENT SIGNER (PRINCIPAL) IS REPRESENTING:**
NAME OF PERSON(S) OR ENTITY(IES)

**DESCRIPTION OF ATTACHED DOCUMENT**

_____
TITLE OR TYPE OF DOCUMENT

_____
NUMBER OF PAGES

_____
DATE OF DOCUMENT

_____
OTHER

RIGHT THUMBPRINT OF SIGNER

[Top of thumbprint here]



# The State Bar
## *of California*

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105     888-800-3400     AttorneyRegulation@calbar.ca.gov

# CERTIFICATE OF STANDING

January 7, 2020

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, NEIL MATTHEW KLIEBENSTEIN, #226060 was admitted to the practice of law in this state by the Supreme Court of California on July 7, 2003 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Records

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and Section IV of the District of Nevada Electronic Filing Procedures, I hereby certify that I am an employee of LAXALT & NOMURA, LTD., and that I caused to be served a true and correct copy of the foregoing document by E-Service by filing the foregoing with the Clerk of Court using the CM/ECF system, which will electronically mail the filing to the following email addresses:

Jake Y. Jung (SBN 14891)
Law Offices of Yohan Lee
5681 Beach Boulevard, Suite 200
Buena Park, California 90621
jakejung@leelaw.com

Daniel T. Hayward (SBN 5986)
Bradley Drendel & Jeanney
P.O. Box 1987
Reno, Nevada 89505
danhayward@bdjlaw.com

DATED this 14 day of January, 2020.

_____
LAURIE PIERATT