Neil M. Kliebenstein (SBN: 226060)
neil.kliebenstein@bowmanandbrooke.com
Bowman and Brooke LLP
1741 Technology Drive, Suite 200
San Jose, California 95110-1355
Telephone: (408) 279-5393
Facsimile:  (408) 279-5845

Attorneys for Defendant
Tesla, Inc.

Jake Y. Jung (SBN: 14891)
jakejung@yleelaw.com
Law Offices of Yohan Lee
5681 Beach Blvd., Suite 200
Buena Park, CA 90621
Telephone: (714) 523-2700
Facsimile: (714) 523-7100

Daniel T. Hayward (SBN: 5986)
danhayward@bdjlaw.com
Bradley, Drendel & Jeanney
P.O. Box 1987
Reno, NV 89505
Telephone: (775) 355-9999
Facsimile: (775) 355-9993

Attorneys for Plaintiffs
Shelley Beth Raebel and Paul Ritchie Wagner

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHELLEY BETH RAEBEL, an individual; PAUL RITCHIE WAGNER, an individual<br><br>Claimants,<br><br>v.<br><br>TESLA, INC. a Delaware corporation<br><br>Respondent<br>_____ | Case No.:3:19-cv-00742-MMD-WGC<br><br>ORDER ON STIPULATION OF DISMISSAL (FRCP Rule 41(a)(1)(A)(ii)) |

The Court, having read the Stipulation of Dismissal filed by all parties to have appeared in this action, and finding good cause,

IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice as to all plaintiffs' claims, actions and causes of action asserted against defendant. Each party is to bear its own costs and fees, including, but not limited to, attorney's fees and expert fees. The Court shall retain jurisdiction over the action for 90 days following the entry of this Order (unless extended) for the purposes of enforcing the terms of the parties' settlement agreement.

IT IS SO ORDERED.

DATED: September 16, 2024.

_____
Honorable Miranda M. Du